FILED

MAR 1 4 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROBERT GREEN FAIRBANK, JR. | NO. 98 C-1027 CRB |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | [Proposed] Order Granting *Ex Parte* Application and Extension of Time To File Opposition to Motion for Summary Judgment |
| JOHN STOKES, Acting Warden, California State Prison at San Quentin, et al., | |
| Respondents. | |

[Proposed] Order Granting *Ex Parte* Application, and Extension
Of Time to File Opposition to Motion for Summary Judgment
Case No. 98 C-1027-CRB

1  IT IS HEREBY ORDERED THAT:

2      Upon the application of Petitioner Robert Green Fairbank, Jr., by and though

3  his attorneys of record, and good cause appearing therefor, the Court orders that the

4  filing and service date for his Opposition to motion for summary judgment is

5  extended from March 17, 2006, to March 31, 2006.

6

7  Dated: ___3|14|06___

8                                    Hon. Charles R. Breyer
                                     United States District Judge

9

10  Presented by:

11  _____

12  STATIA PEAKHEART
    AMANDA TOUCHTON
    Deputy Federal Public Defenders

13
    Attorneys for Petitioner
14  Robert Green Fairbank, Jr.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting *Ex Parte* Application, and Extension
Of Time to File Opposition to Motion for Summary Judgment
Case No. 98 C-1027-CRB                              1

1 | **PROOF OF SERVICE**

2 | I declare that I am a resident or employed in Los Angeles County, California;

3 | that my business address is the Office of the Federal Public Defender, 321 East 2nd

4 | Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I

5 | am over the age of eighteen years; that I am not a party to the action entitled below;

6 | that I am employed by the Federal Public Defender for the Northern District of

7 | California, who is a member of the Bar of the United States District Court for the

8 | Northern District of California, and at whose direction I served a copy of the attached

9 | **[Proposed] Order Granting *Ex Parte* Application, and Extension of Time to File**

10 | **Opposition to Motion for Summary Judgment** on the following individuals by

11 | placing same in a sealed envelope for collection and mailing via the United States

12 | Post Office, addressed as follows:

13 | Dane R. Gillette                                   Robert G. Fairbank, CDC# C-66834
   | Senior Assistant Attorney General        San Quentin State Prison
14 | 455 Golden Gate Avenue, Suite 11000   San Quentin, CA 94964
   | San Francisco, California  94102

15 |

16 | Nicki Lodico
   | Librarian, Habeas Corpus Resource Center
   | 50 Fremont St., Suite 1800
17 | San Francisco, CA 94105

18 | Valerie Mark
   | Death Penalty Law Clerk
19 | United States District Court
   | 450 Golden Gate Ave., 16th Fl.
20 | San Francisco, CA 94102

21 |

22 | This proof of service is executed at Los Angeles, California, on March ___,

23 | 2006. I declare under penalty of perjury that the foregoing is true and correct to the

   | best of my knowledge.
24 |

25 |

26 | Nicole Arias

27 |

28 |

[Proposed] Order Granting *Ex Parte* Application, and Extension
Of Time to File Opposition to Motion for Summary Judgment
Case No. 98 C-1027-CRB                                      2

1

**PROOF OF SERVICE**

2        I declare that I am a resident or employed in Los Angeles County, California; that

3   my business address is the Office of the Federal Public Defender, 321 East 2nd Street,

4   Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the

5   age of eighteen years; that I am not a party to the action entitled below; that I am

6   employed by the Federal Public Defender for the Northern District of California, who

7   is a member of the Bar of the United States District Court for the Northern District of

8   California, and at whose direction I served a copy of the attached   **[Proposed] Order**

9   **Granting *Ex Parte* Application, and Extension of Time to File Opposition to Motion**

10   **for Summary Judgement** on the following individuals by placing same in envelopes

11   for delivery by first-class mail, addressed as follows:

12   Dane R. Gillette                               Robert G. Fairbank, CDC# C-66834
    Senior Assistant Attorney General           San Quentin State Prison
13   455 Golden Gate Avenue, Suite 11000      San Quentin, CA 94964
    San Francisco, California  94102

14
    Nicki Lodico
15   Librarian, Habeas Corpus Resource Center
    50 Fremont St., Suite 1800
16   San Francisco, CA 94105

17   Death Penalty Law Clerk
    United States District Court
18   Golden Gate Ave., 16th Fl.
    San Francisco, CA 94102

19

20        This proof of service is executed at Los Angeles, California, on March 3, 2006.

21   I declare under penalty of perjury that the foregoing is true and correct to the best of my

22   knowledge.

23

24                                 Nicole Arias

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FAIRBANK,

Plaintiff,

v.

JILL BROWN, ET AL et al,

Defendant.
_____________________________________/

Case Number: CV98-01027 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

Dane R. Gillette
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

Statia Peakheart
Federal Public Defender's Office
321 East 2nd St
Los Angeles, CA 90012-4206

Robert G. Fairbank,
CDC #C-66834
San Quentin State Prison
San Quentin, CA 94964

Dated: March 14, 2006

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk

2