IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GREEN FAIRBANK, JR.<br><br>   Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD,<br><br>   Respondent._____/ | No. C 98-01027 CRB<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

Now pending before the Court is Respondent's motion for summary judgment. The Court will conduct oral argument at 2:00 p.m. on Thursday, June 5, 2008 in Courtroom 8, 450 Golden Gate Avenue, San Francisco on the following two claims: (1) Claim 1 subclaim that defense counsel were constitutionally ineffective by presenting allegedly erroneous expert testimony that Petitioner had an antisocial personality disorder and that Petitioner had no mental illness or neurological damage; and (2) Claim 12, prosecutorial misconduct by eliciting testimony about a racial slur.

**IT IS SO ORDERED.**

Dated: May 27, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1998\1027\orderreoralargument.wpd