IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GREEN FAIRBANK,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin<br><br>    Respondent. | No. C 98-01027 CRB<br><br>**JUDGMENT** |

    Pursuant to the Order Granting Summary Judgment and the previous orders in this matter, judgment is hereby entered in favor of Respondent, Robert L. Ayers, Warden of California State Prison at San Quentin, and against Petitioner, Robert Green Fairbank.

**IT IS SO ORDERED.**

Dated: July 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1998\1027\Judgment.wpd